# EXHIBIT A

# ORVIS ENHANCED MASTERFILE Mailing List

This is a masterfile of all catalogs of The Orvis Company, overlaid with 4Cite & Genesis enhancements.

[Get Count]  [Get Pricing]  [Get More Information]

| SEGMENTS | | COUNTS THROUGH 10/18/2021 | POPULARITY: | ===== 100 | |
|---|---|---|---|---|---|
| 1,606,177 | TOTAL UNIVERSE / BASE RATE | $120.00/M | MARKET: | CONSUMER | |
| | PUBLISHER / FUNDRAISING RATE | $65.00/M | CHANNELS: | 📧 | |
| | APPROVED POLITICAL OFFER RATE | $85.00/M | SOURCE: | CATALOG | |
| 44,955 | 1 MONTH BUYERS | + $32.00/M | PRIVACY: | UNKNOWN | |
| 42,773 | 1 MONTH $50+ BUYERS | + $64.00/M | DMA?: | NO | |
| 41,357 | 1 MONTH $75+ BUYERS | + $69.00/M | STATUS: | STANDARD PROVIDER | |
| 38,734 | 1 MONTH $100+ BUYERS | + $74.00/M | GEO: | USA | |
| 164,448 | 3 MONTH BUYERS | + $22.00/M | GENDER: | 66% FEMALE 31% MALE | |
| 153,989 | 3 MONTH $50+ BUYERS | + $54.00/M | | | |
| 147,340 | 3 MONTH $75+ BUYERS | + $59.00/M | SPENDING: | $135.00 AVERAGE ORDER | |
| 137,918 | 3 MONTH $100+ BUYERS | + $64.00/M | | | |
| 318,803 | 6 MONTH BUYERS | + $17.00/M | SELECTS | | |
| 295,917 | 6 MONTH $50+ BUYERS | + $49.00/M | $100+ TOTAL PURCHASE | $42.00/M | |
| 280,718 | 6 MONTH $75+ BUYERS | + $54.00/M | $150+ TOTAL PURCHASE | $52.00/M | |
| 259,257 | 6 MONTH $100+ BUYERS | + $59.00/M | $200+ TOTAL PURCHASE | $62.00/M | |
| 736,042 | 12 MONTH BUYERS | + $12.00/M | $50+ TOTAL PURCHASE | $32.00/M | |
| 678,905 | 12 MONTH $50+ BUYERS | + $44.00/M | $75+ TOTAL PURCHASE | $37.00/M | |
| 641,042 | 12 MONTH $75+ BUYERS | + $49.00/M | 1 MONTH HOTLINE | $32.00/M | |
| 575,512 | 12 MONTH $100+ BUYERS | + $54.00/M | 12 MONTH HOTLINE | $12.00/M | |
| 488,263 | 13-24 MONTH BUYERS | $120.00/M | 3 MONTH HOTLINE | $22.00/M | |
| | | | 4CITE MEMBERS ONLY: OMIT HOUSE FILE | $50.00/F | |

## DESCRIPTION

The Orvis Company group of catalogs appeal to a wide range of consumers, looking for authentic products, knowledge, experience and service that define and support a country lifestyle. The masterfile is a deduped collection of all catalogs of The Orvis Company, overlaid with 4Cite & Genesis enhancements.



| | |
|---|---|
| 6 MONTH HOTLINE | $17.00/M |
| AGE | $16.00/M |
| AVERAGE PURCHASE | $17.00/M |
| CREDIT CARD HOLDER | $16.00/M |
| DONORS | $16.00/M |
| DWELLING TYPE | $16.00/M |
| ETHNICITY | $16.00/M |
| GENDER | $12.00/M |
| GENESIS SELECTS | $8.00/M |
| GRANDPARENTS | $16.00/M |
| HOBBIES/INTERESTS | $16.00/M |
| HOMEOWNER/HOME VALUE | $16.00/M |
| HOUSEHOLD INCOME | $16.00/M |
| LAST PURCHASE | $17.00/M |
| LENGTH OF RESIDENCE | $16.00/M |
| MAIL ORDER BUYER | $16.00/M |
| NUMBER OF CHILDREN | $16.00/M |
| OCCUPATION | $16.00/M |
| ONLINE PURCHASER | $16.00/M |
| PRESENCE OF CHILDREN/AGE | $16.00/M |
| PRESENCE OF ELDERLY PARENT | $16.00/M |
| PRODUCT SELECT | $22.00/M |
| RELIGION | $16.00/M |
| SCF | $7.00/M |
| STATE | $7.00/M |
| THIRD PARTY BLOW-INS | $5.00/M |
| VETERAN IN HOUSEHOLD | $16.00/M |
| VOTER PARTY | $16.00/M |

The file is mostly female, with strong male numbers as well, spending on average $135. The file is a proven strong performer for fundraisers, magazine subscriptions and other catalog offers.

Average Age: 59

Average Income: $130,000

75% are Homeowners