# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| Brian Farris, Lance Groff, Tom Theus, individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> The Orvis Company, Inc. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  2:22-cv-00007 <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

☐  **Jury Verdict.**

☑  **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Opinion and Order (Document No. 24) filed on 10/18/2022, Defendant's Motion to Dismiss Amended Class Action Complaint (Document No. 6) is GRANTED. Plaintiff's Complaint is DISMISSED.

Date:  November 9, 2022

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:  11/9/2022

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Sharrah J. LeClair*
Signature of Clerk or Deputy Clerk