

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2022 DEC -8 AM 11: 18
CLERK
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| BRIAN FARRIS, LANCE GROFF, and TOM THEUS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE ORVIS COMPANY, INC.,<br><br>Defendant. | Case No. 2:22-cv-00007-cr |

### STIPULATION REGARDING MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiffs Brian Farris, Lance Groff, and Tom Theus and Defendant The Orvis Company, Inc. (collectively "the Parties"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, Defendant filed its Motion for Attorneys' and Costs (the "Motion") on November 23, 2022 (ECF No. 27);

WHEREAS, under Local Rule 7(a)(3)(B), Plaintiffs' opposition to the Motion is due December 7, 2022; and

WHEREAS, Plaintiffs filed a Notice of Appeal on December 3, 2022 (ECF No. 30);

NOW THEREFORE, the Parties, through their respective undersigned counsel and subject to the Court's approval hereby stipulate and agree that:

1. In light of the pending appeal, any further action or briefing on the Motion should be stayed until the Court of Appeals for the Second Circuit resolves the appeal; and

2. After the appeal is resolved, the Parties shall meet and confer, and thereafter file a proposed briefing schedule that complies with Fed. R. Civ. P. 54.

IT IS SO STIPULATED:

December 7, 2022

/s/ *Aaron T. Morris*
Aaron T. Morris
**MORRIS KANDINOV LLP**
3391 Mountain Road, Unit 4
Stowe, VT 05672
(332) 240-4024
aaron@moka.law

Frank S. Hedin (admitted pro hac vice)
Arun G. Ravindran (admitted pro hac vice)
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiffs*

/s/ *Stephen J. Soule*
Stephen J. Soule
**PAUL FRANK + COLLINS**
One Church Street
Burlington, VT 05401
(802) 658-2311

Robyn M. Feldstein (admitted pro hac vice)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4200
Fax: (212) 589-4201

Casie D. Collignon (admitted pro hac vice)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Tel: (303) 861-0600
Fax: (303) 861-7805

*Counsel for Defendant*

IT IS SO ORDERED:

DATED: 12/8/22

THE HONORABLE CHRISTINA REISS
UNITED STATES DISTRICT JUDGE